UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-cv-23774 KMW

## MEDIATION REPORT

Jean Curatolo,

    Plaintiff(s),

vs

BCC Food Hall, LLC,

    Defendant(s).
_____/

The undersigned, Ronald M. Friedman, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: October 14, 2019. The results of the mediation conference are as follows:

**X**    All required parties were present *or*

___    The following required parties were not present:

_____

___    An agreement was reached.

___    A **confidential** settlement agreement was reached.

**X**    No agreement was reached.

___    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___    The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___    Other: _____

Respectfully Submitted:

**s:/Ronald M. Friedman, Esq.**
Florida Bar No.: 106868
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel